JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Telefax:    (510) 637-3724
   E-Mail: maureen.bessette@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>KRAIG IVERSON,<br>    Defendant. | CRIMINAL NO. 08-70265 WDB<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about May 5, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

    ☐ Superseding Indictment
    ☐ Information
    ☐ Criminal Complaint
    ■ Other (describe) <u>Violation of the Terms of Supervised Release</u>

pending in the District of Utah, Case Number CR00774-001 DAK.

    In that case, the defendant is charged with a violation of Title 18, United States Code, Section 3583, Violation of the Terms of Supervised Release.

///

PENALTY:

5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: May 5, 2008

MAUREEN C. BESSETTE
Assistant U.S. Attorney

AO 442

# United States District Court

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

**Kraig Iverson**

## WARRANT FOR ARREST

CASE NUMBER: 2:02cr00774-001 DAK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**KRAIG IVERSON**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged Violation of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

February 22, 2008 at Salt Lake City, Utah
Date and Location

By: Jenica Jones
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C

**United States District Court**
**for the District of Utah**

**Petition and Order for Warrant for Offender Under Supervision**

FILED U.S. DISTRICT COURT

Name of Offender: **Kraig Iverson**                    Docket Number: 2:02-CR-00774-001-DAK

Name of Sentencing Judicial Officer:   Honorable Dale A. Kimball
                                        United States District Judge

DISTRICT OF UTAH

BY: _____ DEPUTY CLERK

Date of Original Sentence: **May 6, 2003**

Original Offense:          **Felon in Possession of a Firearm**
Original Sentence:         **33 Months BOP Custody/36 Months Supervised Release**

Type of Supervision:       **Supervised Release**          Supervision Began: **June 19, 2007**

## PETITIONING THE COURT

[X]  To issue a warrant and        Last known address:
     toll the supervision term     Manor Suites, 7230 Las Vegas Boulevard South
                                   Room 332
                                   Las Vegas, Nevada

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** The defendant has absconded supervision, and his current whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Jody Phillips Gerber
U.S. Probation Officer
Date: February 20, 2008

## THE COURT ORDERS:

[X]  The issuance of a warrant
     and tolling of the supervision term
[ ]  The issuance of a summons
[ ]  No action
[ ]  Other

Honorable Dale A. Kimball
United States District Judge

Date: February 22, 2008