AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA | | **COMMITMENT TO ANOTHER** |
| v. | FILED | **DISTRICT** |
| KRAIG IVERSON | MAY 6 - 2008 | |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70265-WDB | 2:02cr00774-001 DAK | 4-08-70265-WDB | 2:02cr00774-001 DAK |

## CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) Petition and Order for Warrant for Offender Under Supervision (Prob. Form 12)

charging a violation of Title 18  U.S.C. § 3583

## DISTRICT OF OFFENSE

United States District Court, District of Utah, Central Division, Salt Lake City

## DESCRIPTION OF CHARGES:

Sueprvised Release Violation

## CURRENT BOND STATUS:

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On May 6, 2008, the defendant waived his Identity/Removal Hrg. and Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of detention de novo in District of Utah, Central Division, Salt Lake City.

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

NORTHERN **DISTRICT OF** CALIFORNIA, OAKLAND DIVISION

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/6/08
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's shatf, Copy to parties via ECF, Pretrial
3 certified copies to US Marshal