UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

RECEIVED CLERK

MAY 0 9 2008

U.S. DISTRICT COURT
General Court Number
510.637.3530

May 7, 2008

**FILED**

MAY 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Office of the Clerk
U.S. District Court, District of Utah
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Case Name:     US -v- Kraig Iverson
Case Number:   4-08-70265-WDB     Utah Case #2:02cr00774-001 DAK
Charges:       18:3583 Violation of conditions of supervised release

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
            original Rule 5 affidavit
    certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

2:02 cr 774

Date: 5-9-08

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk